UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GARY A. RICHARDSON, *et al.*,

    Plaintiffs,

    v.

THE CITY OF BREMERTON AND POLICE DEPARTMENT, *et al.*,

    Defendants.

Case No. C06-5382FDB

ORDER DENYING LEAVE TO PROCEED *IN FORMA PAUPERIS*

    Plaintiff and his two minor children bring this lawsuit against the City of Bremerton and its police department as well as individual police officers; The Washington State Department of Corrections and individual corrections officers; the Kitsap County Prosecutor's Office and individual deputy prosecutors; the Bremerton City Prosecutor's Office and the Bremerton City Prosecutor; the Sixth District Congressional Office and Congressman Norm Dicks; and two Superior Court Judges, Sally Olsen and Jay Roof. Due Process and civil rights violations under 28 U.S.C. § 1983 are alleged.

    Plaintiff applies to proceed *in forma pauperis*, indicating that he receives from Department of Social and Health Services $546.00 per month. On the record shown, the Court concludes that Plaintiffs' proceeding IFP is inappropriate. ACCORDINGLY,

    IT IS ORDERED: Plaintiff's Application to Proceed *in forma pauperis* is DENIED.

DATED this 18th day of July, 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1