UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GARY A. RICHARDSON, *et al.*,

   Plaintiffs,

   v.

THE CITY OF BREMERTON, *et al.*,

   Defendants.

Case No. C06-5382FDB

ORDER DENYING RECONSIDERATION

Plaintiff and his two minor children moved to proceed *in forma pauperis* when bringing this lawsuit against the City of Bremerton and its police department as well as individual police officers; the Washington State Department of Corrections and individual corrections officers; the Kitsap County Prosecutor's Office and individual deputy prosecutors; the Bremerton City Prosecutor's Office and the Bremerton City Prosecutor; the Sixth District Congressional Office and Congressman Norm Dicks; and two Superior Court Judges, Sally Olsen and Jay Roof. Plaintiffs alleged Due Process and civil rights violations under 28 U.S.C. § 1983. Plaintiffs now move for reconsideration of the Court's July order denying IFP status. Plaintiff also evidently seeks appointment of counsel.

The Court reviewed Plaintiffs' filings before its earlier denial, and has again reviewed the filings together with the motions for reconsideration.

ORDER - 1

NOW, THEREFORE, IT IS ORDERED:  The Court reaffirms its earlier denial of leave to proceed IFP and denies Plaintiff's request for appointment of counsel as well, and, therefore DENIES Plaintiffs' Motion for Reconsideration of Order denying request for counsel [Dkt. # 4] and DENIES Plaintiffs' Motion for Reconsideration of Order denying IFP application [Dkt. # 5].

DATED this 16th day of August, 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 2